**STATE of Alaska, Petitioner,**

**v.**

**Harold Pete KANKANTON, Respondent.**

No. S–15833.

Supreme Court of Alaska.

March 18, 2016.

Before: STOWERS, Chief Justice, FABE, MAASSEN and BOLGER, Justices, and EASTAUGH, Senior Justice.[1]

**28.** *See* AS 47.10.088(b)(3) (stating the court may consider "the harm caused to the child").

### Order

We granted a petition for hearing from the court of appeals' decision in *Kankanton v. State*, 342 P.3d 840 (Alaska App.2015). We have considered the record of the superior court proceedings and the briefs and arguments of counsel. We approve and adopt the reasoning of the court of appeals as set forth in that opinion.

We therefore AFFIRM the decision of the court of appeals. This matter is REMANDED to the superior court for further proceedings consistent with that opinion.

Entered by direction of the court.

WINFREE, Justice, not participating.